UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR06-198RSL |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER CONTINUING |
| ) | SENTENCING HEARING |
| BRAULIO SANCHEZ-TORRES, ) | |
| ) | |
| Defendant. ) | |

The government has filed a motion to continue the sentencing hearing in this matter. As set forth more fully in the government's motion, the request for continuance comes as a result of certain assertions found in defendant's Sentencing Memorandum, which was filed on the afternoon of Friday, April 13, 2007. Specifically, the government seeks a continuance so that it may have sufficient time to present testimony and evidence to the Court with respect to a disputed factual matter.

Having considered the government's motion, this Court holds that the sentencing hearing shall be continued until Wednesday, May 16, 2007 at 8:30 a.m.

SO ORDERED this 16th day of April, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970